IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 17 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>DARNELL B. MACKLIN, )<br><br>Defendant. ) | CRIMINAL NO. 25-30090-SPM<br><br>Title 18, United States Code, Section 875(c) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### INTERSTATE COMMUNICATION OF A THREAT TO INJURE

On or about January 3, 2025, in the Southern District of Illinois and elsewhere,

**DARNELL B. MACKLIN,**

defendant herein, did knowingly transmit in interstate commerce a threat to injure the person of another; to wit, the defendant made a telephone call to E.D., an employee of Scott Credit Union of Edwardsville, Illinois, and stated he was going to "bomb" the place and "kill all [of] you guys," knowing that this communication would be viewed as a threat and with reckless disregard for whether this communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

DAVID D. DEAN
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2025.06.15 23:42:37 -05'00'

STEVEN D. WEINHOEFT
United States Attorney